NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIQUIDNET HOLDINGS, INC.,**
*Plaintiff-Appellant,*

**v.**

**PULSE TRADING, INC.,**
*Defendant-Appellee.*

---

2011-1508

---

Appeal from the United States District Court for the Southern District of New York in Case No. 07-CV-6886, Judge Shira Ann Scheindlin.

---

**JUDGMENT**

---

JOSEPH A. MICALLEF, Sidley Austin LLP, of Washington, DC, argued for plaintiff-appellant.

ROBERT R. GILMAN, Gilman Clark & Hunter LLC, of Boston, Massachusetts, argued for defendant-appellee. With him on the brief was THOMAS J. CLARK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 23, 2012                    /s/ Jan Horbaly
Date                                   Jan Horbaly
                                             Clerk